

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HECTOR TELLEZ, | § | No. 08-13-00141-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D04773) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **March 22, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **March 22, 2014.**

IT IS SO ORDERED this 25th day of February, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.